JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
     25350 Magic Mountain Pkwy Suite 300
     Valencia, CA  91355
     Tel:   (818) 905 6611
     Fax:   (818) 789 1375
     Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANICE K CORNETT, | ) | 2:21-cv-10034-SK |
|     Plaintiff, | ) | ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |
| vs. | ) | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY | ) | |
|     Defendant | ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $4,827.77 in attorney's fees, as well as reimbursement of the $402.00 filing fee, for a total of $5,229.77, subject to the terms of the stipulation.

Dated:   January 24, 2023

HON. STEVE KIM
U.S. Magistrate Judge